UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:18-cv-00114-MOC
(3:95-cr-00178-MOC-1)

| | |
|---|---|
| TONY BERNARD ALEXANDER, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |
| ) | |

**THIS MATTER** is before the Court upon Petitioner Tony Bernard Alexander's pro se Motion to Vacate, Set Aside or Correct Sentence, pursuant to 28 U.S.C. § 2255. (Doc. No. 1.)

Rule 2(c) of the Rules Governing Section 2255 Proceedings in the United States District Courts requires that motions to vacate follow a specific format. Petitioner's filing does not comply with that requirement.

The Clerk of Court shall be directed to send Petitioner the correct 28 U.S.C. § 2255 form approved for use in this Court. Petitioner shall be given a set amount of time to complete, sign, and return the form. Failure to comply with the Court's Order shall result in dismissal of the § 2255 Motion without further notice.

**IT IS, THEREFORE, ORDERED** that:

1. The Clerk of Court shall mail Petitioner a copy of this Order and a blank 28 U.S.C. § 2255 form; and

2. Petitioner shall have twenty-one (21) days from entry of this Order to complete the § 2255 form, sign it under penalty of perjury, and mail it back to the Clerk of

1

Court for the Western District of North Carolina.

**SO ORDERED.**

Signed: June 27, 2018

Max O. Cogburn Jr
United States District Judge